UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 5:25-cv-02530-AB-DTB | Date: | December 5, 2025 |

Title: *Jose Angel Morales Sanchez v. Pam Bondi, et al.*

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter via Zoom |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andres James Ortiz | Randy Hsieh |

**Proceedings:** **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION RE UNLAWFUL DETENTION [Dkt. 18]**

The matter is called and Counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

IT IS SO ORDERED.

: 21

CV-90 (12/02)   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk EVC