UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL MORALES SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al,<br><br>Respondents. | Case No. 5:25-cv-02530-AB (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (a) Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's supervised release and subsequent re-detention violated federal law and the Due Process Clause of the Fifth Amendment to the United States Constitution; and (b) Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert

or in participation with them are enjoined from:  (i) Re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his release or because his deportation to a third country has been approved and the necessary documents from the third country have issued and are in the possession of ICE; and (ii) removing Petitioner to any country other than Mexico without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.

Dated: March 13, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE