UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE ANGEL MORALES SANCHEZ, | Case No. 5:25-cv-02530-AB (DTB) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAMELA BONDI, et al, | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's supervised release and subsequent re-detention violated federal law and the Due Process Clause of the Fifth Amendment to the United States Constitution; and Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from: (i) Re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his release or because his deportation to a third country has been approved and the necessary documents from the third country have issued and are in the

1

possession of ICE; and (ii) removing Petitioner to any country other than Mexico without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.

Dated: March 13, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2